FILED
2025 Aug-08 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TYWANA GLASS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GLOBAL LENDING SERVICES, LLC, LOSS PREVENTION SERVICES, LLC, AND B&S COLLATERAL RECOVERY LLC,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:25-CV-00258-HNJ** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Seth S. Ashmore of Tally & Ashmore, is hereby substituted as counsel for Defendants Global Lending Services, LLC ("GLS") and Loss Prevention Services, LLC ("LPS"), in place of Matthew T. Mitchell and Jackson C. Burrow of Burr & Forman LLP. All future pleadings and correspondence in this matter shall be served upon Seth S. Ashmore at the address provided below.

Respectfully submitted this 8th day of August, 2025.

*/s/Seth S. Ashmore (with permission)*

Seth S. Ashmore (ASB-2064-D16V)
TALLY & ASHMORE
1299 East Laurel Street
Scottsboro, AL 35768
Telephone: (256) 574-2546

Facsimile: (256) 259-1884
seth@talleyandashmore.com

*/s/ Matthew T. Mitchell*
Matthew T. Mitchell (ASB-8674-W65M)
Jackson C. Burrow (ASB-1686-Z00W)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
mmitchell@burr.com
jburrow@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Curtis R. Hussey
Gulf Coast ADR, LLC
139 Cox Creek Pkwy, #310
Florence, AL 35630
chussey@thompsonconsumerlaw.com

Seth S. Ashmore
TALLY & ASHMORE
1299 East Laurel Street
Scottsboro, AL 35768
seth@talleyandashmore.com

*/s/ Matthew T. Mitchell*
OF COUNSEL