FILED
2026 Mar-30 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| TYWANA GLASS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-00258-HNJ |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S MOTION TO** |
| GLOBAL LENDING SERVICES, LLC, | ) | **SUBSTITUTE COUNSEL** |
| LOSS PREVENTION SERVICES, LLC, | ) | |
| AND B & S COLLATERAL RECOVERY | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Tywana Glass ("Plaintiff") hereby moves to substitute her new counsel, Kelly Alvarez, in place of her prior counsel, Curtis R. Hussey. Ms. Alvarez's contact information is as follows:

Kelly Alvarez, Esq.
Bar No. 9108I15I
The Alvarez Firm
102 S. Court Street, #507 Florence, AL 35630
Phone: 256-763-9000
E-mail: kelly@thealvarezfirm.com

Wherefore, Plaintiff respectfully requests the Court grant this motion to substitute counsel.

Dated: March 30, 2026.

Respectfully submitted,

s/Kelly Alvarez, Esq.
Kelly Alvarez, Esq.
Bar No. 9108I15I
The Alvarez Firm
102 S. Court Street, #507
Florence, AL 35630
Phone: 256-763-9000
E-mail: kelly@thealvarezfirm.com

Correspondence address:
11445 E Via Linda Ste. 2 #492
Scottsdale, AZ 85259

tclg@thompsonconsumerlaw.com

s/Curtis R. Hussey
Curtis R. Hussey
(ASB 7684 S57C)
Gulf Coast ADR, LLC
139 Cox Creek Parkway #310
Florence, AL 35630
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
chussey@ThompsonConsumerLaw.com

**CERTIFICATE OF SERVICE**

On October 2, 2024, I electronically submitted the attached document for filing with the Clerk of the Court of the U.S. District of Court and for distribution of electronic notices of filing to be distributed to all counsel/parties of record.

s/Kelly Alvarez, Esq.
Kelly Alvarez, Esq.